IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY PAUL HOWE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:15cv113-ECM |
| | ) [WO] |
| CITY OF ENTERPRISE, AL., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

Now pending before the court is the Defendants' motion to amend the Memorandum Opinion and Order (doc. 85) filed on March 12, 2019. The Plaintiff does not oppose the motion. Accordingly, upon consideration of the motion and for good cause, it is

ORDERED that the motion to amend (doc.85) be and is hereby GRANTED and the Memorandum Opinion and Order be and is hereby VACATED.

DONE this 12th day of March, 2019.

   /s/   Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE